| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Cercone, David S | 2. Court or Organization USDC, WDPA | 3. Date of Report 03/18/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address Suite 7270, 700 Grant Street U.S. Courthouse Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Boys and Girls Club of Western Pennsylvania |
| 2. Custodian | Account #1 |
| 3. Custodian | Account #2 |
| 4. Custodian | Account #3 |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | Administrative Office of PA Courts - eligible to receive health care benefits for life |
| 2. 2003 | Pa. State Employees' Retirement System - elected to receive montly pension payment for life |
| 3. | - |

| Name of Person Reporting | Date of Report |
|---|---|
| Cercone, David S | 03/18/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | University of Pittsburgh - royalties | $ 600.00 |
| 2. 2007 | University of Pittsburgh - teaching salary | $ 14,200.00 |
| 3. 2007 | PA. State Employees' Retirement System - pension | $ 34,966.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Administrative Office of PA Courts - magisterial district judge's salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Home Finance | Mortgage on Rental Property Naples, FL (Pt. VII, line 18) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cercone, David S | 03/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Delaware Tax Free PA Mutual Fund | A | Dividend | K | T | partial sale | 2/21 | J | A | |
| 2. Davis NY Venture Mutual Fund | A | Dividend | K | T | | | | | |
| 3. TLC Vision Corp. Common Stock | | None | | | sold | 2/20 | J | A | |
| 4. Waste Management Common Stock | A | Dividend | J | T | | | | | |
| 5. Citizens Bank Accounts | B | Interest | K | T | | | | | |
| 6. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 7. American Balanced Fund 529B | A | Dividend | K | T | partial sale | 11/1 | K | A | |
| 8. Cash Mgt. Trust of America - 529 B | A | Dividend | K | T | buy | 11/1 | K | | |
| 9. IRA | D | Dividend | M | T | | | | | |
| 10. - Bond Fund of America | | | | | partial sale | 11/1 | J | A | |
| 11. - Capital Income Builder | | | | | partial sale | 11/1 | K | D | |
| 12. - Income Fund of America | | | | | partial sale | 11/1 | K | C | |
| 13. Cash Mgt. - Trust of America | | | | | buy | 11/1 | L | | |
| 14. Income Fund of America | A | Dividend | J | T | | | | | |
| 15. Bank Deposit Sweep Money Market | A | Interest | J | T | | | | | |
| 16. Dollar Bank CD #1 | A | Interest | J | T | | | | | |
| 17. Dollar Bank CD #2 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cercone, David S | 03/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Rental Property, Naples, Fl. (2003 $265,000) | D | Rent | N | T | | | | | |
| 19. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cercone, David S | 03/18/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Cercone, David S | 03/18/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



# United States District Court

Western District of Pennsylvania
Suite 7270, U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

David Stewart Cercone
U.S. District Judge

Telephone
(412) 208-7363



FINANCIAL DISCLOSURE OFFICE
2008 MAY 13 A 11: 32
RECEIVED

May 8, 2008

The Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Smith:

Please find below the additional information that you requested in your letter dated April 25, 2008. I understand that this information is required by section 102 of the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111), and is necessary to close my 2007 report.

Part VII, page 4, lines 10-12 and 14 should be amended to include "American Funds" as the name of the fund family of each of these funds.

Part VII, page 4, line 13 should be amended to indicate that "Cash Mgt. - Trust of America" is an asset which is part of the "IRA" listed on page 4, line 9.

Part VII, page 4, line 15 should be amended to include Wachovia Bank as the financial institution where my Bank Deposit Sweep Money Market account is maintained.

Part VII, page 5, line 18, Column C(2) should be amended to change the value method code from "T" to "R".

May 8, 2008
The Honorable Ortrie D. Smith, Chair

        In addition, Part VII, page 4, lines 8 and 13 should be amended to include "American Funds" as the name of the fund family of each of these funds.

        Kindly advise me if any additional information is required.

David Stewart Cercone
United States District Judge

DSC/kaw